■ Lucille Paterson, Petitioner, v. James Shuart, as Commissioner of the Nassau County Department of Social Services, et al., Respondents.— Proceeding dismissed on the merits and determination of respondent Abe Lavine, Commissioner of the New York State Department of Social Services, dated July 27, 1973, confirmed, without costs. In the absence of any proof by petitioner and upon the proof adduced by respondents, the determination was supported by substantial evidence. Shapiro, Acting P. J., Cohalan, Christ, Brennan and Benjamin, JJ., concur.